UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELLIS REED (#105512)                                                   CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.                                      NO. 19-00711-BAJ-SDJ

RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Docs. 1, 8)**. The Petition is opposed. (Doc. 19).

On August 29, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 23, the "R&R")**, recommending that Petitioner's Petition is untimely, that Petitioner fails to establish he is entitled to equitable tolling, and that Petitioner fails to set forth a viable claim of actual innocence. The Magistrate Judge further recommended that the Court deny Petitioner a certificate of appealability (COA). Petitioner objects to the R&R's conclusion that he failed to establish his entitlement to equitable tolling. (Doc. 30).

Upon de novo review, and having carefully considered Petitioner's Petition, the State's opposition, the state court record, Petitioner's objections, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For**

**Writ Of Habeas Corpus By A Person In State Custody (Docs. 1, 8)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the Court's substantive rulings.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 8th day of March, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA